■ In the Matter of MICHAEL ARGENTIERI, Petitioner, v SUSAN CONNELL, Superintendent, Oneida Correctional Facility, Respon-

dent. [934 NYS2d 899]—

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Fahey, J.P., Peradotto, Lindley, Green and Gorski, JJ.